_____



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 14, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **KAREN LYNN SMITH** | **CASE NO. 22-51216-KMS** |

### ORDER RELEASING EARNINGS OF DEBTOR
**KAREN LYNN SMITH (SSN # XXX-XX-6679)**

THE ORDER **(Dkt. 12)** heretofore entered in these proceedings by which the debtor's employer:

> **Stennis Space Center**
> **Syncom Space Services Building 1100**
> **Room 1002**
> **Stennis Space Center MS 39529-0000**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##