Revised 04/2014

# UNITED STATES BANKRUPTCY COURT
## MISSISSIPPI DISTRICT OF SOUTHERN

**IN RE:** KAREN LYNN SMITH

|  |  |
|---|---|
| ) | **Case No.** 22-51216 |
| ) | **Chapter** 13 |
| ) | |
| ) | |
| ) | |
| **Debtor(s)** ) | |

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**           ☒ Notice Address
(both may be selected, if applicable)   ☒ Payment Address

**OLD ADDRESS:**   FIRST HERITAGE CREDIT OF MISSISSIPPI

2442 MCLAURIN STREET STE 42

WAVELAND, MS 39576

**NEW ADDRESS:**   FIRST HERITAGE CREDIT DBA

HEIGHTS FINANCE CORP.

PO BOX 1947 GREENVILLE, SC 29602

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/S/ Jamie Rice

**Signature of Creditor or Creditor's Attorney**
CURO Intermediate Holding Corp.
PO Box 1947
Greenville, SC 29602
864-272-6052
bankruptcy@attainfinance.com

**Name/OBA#/Address/Telephone #/Email**