United States Bankruptcy Court
Southern District of Mississippi

In re:                                                              Case No. 22-51216-KMS
KAREN LYNN SMITH                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 26, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | KAREN LYNN SMITH, 117 Demontluzin Ave, Apt 2, Bay Saint Louis, MS 39520-4556 |
| | + | Nova Space Solutions, Attn: Payroll Dept., 3800 Centerpoint Dr. Ste. 800, Anchorage, AK 99503-5831 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor KAREN LYNN SMITH jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| John E. Tucker | on behalf of Creditor Gulfco of Mississippi  LLC d/b/a Tower Loan of Waveland jtucker@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor KAREN LYNN SMITH trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | |

District/off: 0538-6                          User: mssbad                              Page 2 of 2
Date Rcvd: Feb 26, 2026                       Form ID: pdf012                           Total Noticed: 2

                                wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 5



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:                                                          CHAPTER 13
KAREN LYNN SMITH                                               CASE NO. 22-51216-KMS

### ORDER RELEASING EARNINGS OF DEBTOR
**KAREN LYNN SMITH (SSN # XXX-XX-6679)**

THE ORDER **(Dkt. 32)** heretofore entered in these proceedings by which the debtor's employer:

> **Nova Space Solutions**
> **Attn: Payroll Dept.**
> **3800 Centerpoint Dr. Ste. 800**
> **Anchorage, AK 99503**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

### IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.

**##END OF ORDER##**