**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Karen Lynn Smith, Debtor                          Case No. 22-51216-KMS
                                                                                    Chapter 13

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

    prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: **/s/ Karen Lynn Smith**　　　　　　　　　　　　　　　　　　　　　**02/26/2026**
            Karen Lynn Smith　　　　　　　　　　　　　　　　　　　　　　　　Date

**/s/ Thomas C. Rollins, Jr.**　　　　　　　　　　　　　　　　　　　　　**02/27/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469　　　　　　　　　　　　　Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

    On February 27, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                          **/s/ Thomas C. Rollins, Jr.**
                                          Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>KAREN LYNN SMITH | CASE NO: 22-51216-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 2/27/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/27/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>KAREN LYNN SMITH | CASE NO: 22-51216-KMS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 2/27/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/27/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING      FIRST HERITAGE CO HEIGHTS FINANCE HOLDING C   FLOWERING PEACH BK LLC
NCRS ADDRESS DOWNLOAD                 PO BOX 1947                                   PO BOX 1149
CASE 22-51216-KMS                     GREENVILLE   SC 29602-1947                    GRAPEVINE   TX 76099-1149
SOUTHERN DISTRICT OF MISSISSIPPI
FRI FEB 27 8-6-47 PST 2026




EXCLUDE

(U)GULFCO OF MISSISSIPPI  LLC DBA TOWER LOAN   TOYOTA MOTOR CREDIT CORPORATION      WLCC LENDING JEM DBA EXPLORE CREDIT
                                               CO BECKET AND LEE LLP                CO WEINSTEIN  RILEY  PS
                                               PO BOX 3001                          749 GATEWAY  SUITE G-601
                                               MALVERN  PA 19355-0701               ABILENE  TX 79602-1196




EXCLUDE

US BANKRUPTCY COURT                   1ST FRANKLIN FINANCIAL                        1ST FRANKLIN FINANCIAL CORPORATION
DAN M RUSSELL  JR US COURTHOUSE       421 MEMORIAL BOULEVARD                        ATTN ADMINISTRATIVE SERVICES
2012 15TH STREET  SUITE 244           PICAYUNE  MS 39466-5548                       PO BOX 880
GULFPORT  MS 39501-2036                                                             TOCCOA  GA 30577-0880




ASPIRE CREDIT CARD                    (P)CAPITAL ONE                                CAPITAL ONE NA
PO BOX 105555                         PO BOX 30285                                  BY AMERICAN INFOSOURCE AS AGENT
ATLANTA  GA 30348-5555                SALT LAKE CITY UT 84130-0285                  4515 N SANTA FE AVE
                                                                                    OKLAHOMA CITY  OK 73118-7901




CARDWORKS                             DISCOVER BANK                                 DISCOVER FINANCIAL
PO BOX 9201                           DISCOVER PRODUCTS INC                         PO BOX 30939
OLD BETHPAGE  NY 11804-9001           PO BOX 3025                                   SALT LAKE CITY  UT 84130-0939
                                      NEW ALBANY OHIO 43054-3025




FIRST HERITAGE                        FIRST HERITAGE CREDIT                         FIRST PREMIER BANK
12373 HWY 49                          DBA HEIGHTS FINANCE CORP                      3820 N LOUISE AVE
GULFPORT  MS 39503-2979               PO BOX 1947                                   SIOUX FALLS  SD 57107-0145
                                      GREENVILLE  SC 29602-1947




EXCLUDE

(D)FLOWERING PEACH BK LLC             FORTIVA                                       GULFCO OF MISSISSIPPI  LLC
PO BOX 1149                           PO BOX 105555                                 PO BOX 320001
GRAPEVINE  TX 76099-1149              ATLANTA GA 30348-5555                         FLOWOOD  MS 39232-0001




MERRICK BANK                          MERRICK BANK                                  OSCHNER HEALTH SYSTEM
RESURGENT CAPITAL SERVICES            PO BOX 660702                                 2750 GAUSE BLVD
PO BOX 10368                          DALLAS  TX 75266-0702                         SLIDELL  LA 70461-4149
GREENVILLE  SC 29603-0368




                                      EXCLUDE

PICAYUNE FINANCE                      (D)PICAYUNE FINANCE  CO                       PORTFOLIO RECOVERY ASS
601 HWY 11 N                          601 HWY 11 N  STE C                           120 CORPORATE BLVD
STE C                                 PICAYUNE  MS 39466-3315                       STE 100
PICAYUNE  MS 39466-3315                                                             NORFOLK  VA 23502-4952
```

| | | |
|---|---|---|
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PREMIER BANKCARD  LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (P)PERFORMANT HEALTHCARE INC<br>4309 HACIENDA DRIVE<br>SUITE 110<br>PLEASANTON CA 94588-2768 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CF MEDICAL LLC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | RISE CREDIT<br>PO BOX 101808<br>FORT WORTH  TX 76185-1808 | SPOT LOAN<br>PO BOX 927<br>PALATINE  IL 60078-0927 |
| (P)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | SYNCHRONY BANK<br>PO BOX 105972<br>ATLANTA  GA 30348-5972 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |
| TOYOTA FINANCIAL SER<br>PO BOX 9786<br>CEDAR RAPIDS  IA 52409-0004 | ~~EXCLUDE~~<br>~~(D)TOYOTA MOTOR CREDIT CORPORATION~~<br>~~CO BECKET AND LEE LLP~~<br>~~PO BOX 3001~~<br>~~MALVERN  PA 19355-0701~~ | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ |
| WFC OF SOUTH CAROLINA<br>PO BOX 6429<br>GREENVILLE  SC 29606-6429 | WLCC LENDING JEM DBA EXPLORE CREDIT<br>CO WEINSTEIN  RILEY  PS<br>749 GATEWAY SUITE G-601<br>ABILENE  TX 79602-1196 | WORLD FINANCE COMPANY OF MISSISSIPPI  LLC<br>WORLD ACCEPTANCE CORPORATION<br>ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE  SC 29606-6429 |
| JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 | DEBTOR<br>KAREN LYNN SMITH<br>117 DEMONTLUZIN AVE<br>APT 2<br>BAY SAINT LOUIS  MS 39520-4556 | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ |

~~EXCLUDE~~

~~(P)WARREN A  CUNTZ  T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~