United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                     Case No. 22-51216-KMS

KAREN LYNN SMITH                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                        User: mssbad                                    Page 1 of 3

Date Rcvd: Apr 23, 2026                   Form ID: 3180W                            Total Noticed: 36

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | KAREN LYNN SMITH, 117 Demontluzin Ave, Apt 2, Bay Saint Louis, MS 39520-4556 |
| 5159460 | + | First Heritage, 12373 Hwy 49, Gulfport, MS 39503-2979 |
| 5159464 | + | Oschner Health System, 2750 Gause Blvd, Slidell, LA 70461-4149 |
| 5159465 | + | Picayune Finance, 601 Hwy 11 N, Ste C, Picayune, MS 39466-3315 |
| 5159469 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@curo.com | Apr 23 2026 19:44:00 | First Heritage C/O Heights Finance Holding CO., P.O. BOX 1947, GREENVILLE, SC 29602, UNITED STATES 29602-1947 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 23 2026 19:44:00 | WLCC Lending JEM dba Explore Credit, c/o Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, Abilene, TX 79602, UNITED STATES 79602-1196 |
| 5159455 | + | Email/Text: bankruptcy@1ffc.com | Apr 23 2026 19:44:00 | 1st Franklin Financial, 421 Memorial Boulevard, Picayune, MS 39466-5548 |
| 5178916 | + | Email/Text: bankruptcy@1ffc.com | Apr 23 2026 19:44:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, P.O. BOX 880, Toccoa, GA 30577-0880 |
| 5159456 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 23 2026 19:44:00 | Aspire Credit Card, Po Box 105555, Atlanta, GA 30348-5555 |
| 5159457 | | EDI: CAPITALONE.COM | Apr 23 2026 23:42:00 | Capital One Bank, PO Box 85520, Richmond, VA 23285-5520 |
| 5174467 | + | EDI: AIS.COM | Apr 23 2026 23:42:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5159458 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 23 2026 19:52:02 | CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5168055 | | EDI: DISCOVER | Apr 23 2026 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 5159459 | + | EDI: DISCOVER | Apr 23 2026 23:42:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5163067 | + | Email/Text: bankruptcy@curo.com | Apr 23 2026 19:44:00 | First Heritage Credit, d/b/a Heights Finance Corp., PO Box 1947, Greenville, SC 29602-1947 |
| 5159461 | + | EDI: AMINFOFP.COM | Apr 23 2026 23:42:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5547240 | + | Email/Text: peritus@ebn.phinsolutions.com | Apr 23 2026 19:44:00 | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |

District/off: 0538-6 | User: mssbad | Page 2 of 3
Date Rcvd: Apr 23, 2026 | Form ID: 3180W | Total Noticed: 36

| | | | | |
|---|---|---|---|---|
| 5159462 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 23 2026 19:44:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 5180960 | + | Email/Text: bankruptcy@towerloan.com | Apr 23 2026 19:44:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5164796 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 23 2026 19:41:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5159463 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 23 2026 19:51:59 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 5159467 | | Email/Text: license@machinify.com | Apr 23 2026 19:44:00 | Premier Credit, P.O. Box 199014, Indianapolis, IN 46219 |
| 5172115 | | EDI: PRA.COM | Apr 23 2026 23:42:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5159466 | + | EDI: PRA.COM | Apr 23 2026 23:42:00 | Portfolio Recovery Ass, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 5165339 | + | EDI: JEFFERSONCAP.COM | Apr 23 2026 23:42:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5172560 | | EDI: Q3G.COM | Apr 23 2026 23:42:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5159468 | + | EDI: PHINELEVATE | Apr 23 2026 23:42:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX 76185-1808 |
| 5179176 | | Email/Text: bankruptcy@springoakscapital.com | Apr 23 2026 19:44:00 | Spring Oaks Capital SPV, LLC., P O Box 1216, Chesapeake, VA. 23327-1216 |
| 5159470 | + | EDI: SYNC | Apr 23 2026 23:42:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5159471 | | Email/Text: bankruptcy@towerloan.com | Apr 23 2026 19:44:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5159472 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 23 2026 19:44:00 | Toyota Financial Ser, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 5284417 | | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 19:41:47 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5159473 | + | Email/Text: bk@worldacceptance.com | Apr 23 2026 19:44:00 | WFC of South Carolina, Po Box 6429, Greenville, SC 29606-6429 |
| 5181012 | + | Email/Text: bncmail@w-legal.com | Apr 23 2026 19:44:00 | WLCC Lending JEM dba Explore Credit, C/O WEINSTEIN & RILEY, PS, 749 Gateway Suite G-601, Abilene, TX 79602-1196 |
| 5176539 | + | Email/Text: bk@worldacceptance.com | Apr 23 2026 19:44:00 | World Finance Company of Mississippi, LLC, World Acceptance Corporation, Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gulfco of Mississippi, LLC d/b/a Tower Loan of Wav |
| cr | *+ | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5163866 | *+ | Picayune Finance, Co., 601 Hwy 11 N, Ste C, Picayune, MS 39466-3315 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Apr 23, 2026 | Form ID: 3180W | Total Noticed: 36 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jennifer A Curry Calvillo | on behalf of Debtor KAREN LYNN SMITH jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| John E. Tucker | on behalf of Creditor Gulfco of Mississippi  LLC d/b/a Tower Loan of Waveland jtucker@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor KAREN LYNN SMITH trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 5

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **KAREN LYNN SMITH** | Social Security number or ITIN   **xxx–xx–6679** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **22–51216–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**KAREN LYNN SMITH**
aka Karen L Smith

Dated: <u>4/23/26</u>

**By the court:**     <u>/s/Katharine M. Samson</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**